TERMED

# U.S. District Court
## Southern District of Iowa (Eastern)
### CRIMINAL DOCKET FOR CASE #: 3:09-cr-00105-JAJ-TJS-1

| | |
|---|---|
| Case title: USA v. Ehand, et. al. | Date Filed: 10/15/2009 |
| Magistrate judge case number: 3:09-mj-00066-TJS | Date Terminated: 05/13/2010 |

Assigned to: Chief Judge John A. Jarvey
Referred to: Magistrate Judge Thomas J. Shields

Appeals court case number: 10-2208
8th Circuit

### Defendant (1)

| | | |
|---|---|---|
| **Sven Ehand**<br>*TERMINATED: 05/13/2010*<br>also known as<br>Mika Jakonen<br>*TERMINATED: 05/13/2010* | represented by | **Terence L. McAtee**<br>FEDERAL PUBLIC DEFENDER<br>101 W SECOND STREET<br>SUITE 401<br>DAVENPORT, IA 52801<br>563-322-8931<br>Fax: 563-383-0052<br>Email: terry_mcatee@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Public Defender or Community Defender Appointment |
| | | **Steven W. Hanna**<br>HANNA & RUUD LLC<br>1528 SIXTH AVENUE<br>MOLINE, IL 61265<br>309-797-9000<br>Fax: 309-736-9122<br>Email: steve@hanna-law.com<br>*TERMINATED: 12/29/2010*<br>Designation: Retained |

| **Pending Counts** | **Disposition** |
|---|---|
| PRODUCES/TRAFFICS IN COUNTERFEIT DEVICE - 18:1029(a)(3) and 2 - Possession of Fifteen or | Defendant is sentenced to the custody of the Federal Bureau of Prisons for a term of 12 months and one day; |

| | |
|---|---|
| More Counterfeit Access Devices<br>(1s) | Supervised Release of 3 years; and a Special Assessment to the Crime Victims Fund of $100. |

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
|---|---|
| PRODUCES/TRAFFICS IN COUNTERFEIT DEVICE - 18:1029(a)(3) & 2 - Possession of Fifteen or More Counterfeit Access Devices<br>(1) | Superseded. |
| CRIMINAL FORFEITURE - 18:982(a)(2)(B), 18:1029(c)(1)(C) and 28:2461(c) - Forfeiture<br>(2s) | Forfeited |

**Highest Offense Level (Terminated)**

Felony

| Complaints | Disposition |
|---|---|
| 18:1029A.F - 18:1029(a)(3) and (2) - Did Knowingly and With the Intent to Defraud, Possessed Fifteen or More Credit Cards, Which are Counterfeit Access Devices, Said Activity Affecting Interstate and Foreign Commerce | |

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Richard D. Westphal**<br>UNITED STATES ATTORNEY'S OFFICE - DSM<br>110 E COURT AVE<br>SUITE 286<br>DES MOINES, IA 50309<br>515-473-9700<br>Fax: 515-473-9292<br>Email: Rich.Westphal@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Government - Federal* |

**Maureen McGuire**
UNITED STATES ATTORNEY'S
OFFICE - DSM
110 E COURT AVE
SUITE 286
DES MOINES, IA 50309
515-473-9300
Fax: 515 473-9282
Email: maureen.mcguire@usdoj.gov
*TERMINATED: 12/30/2010*
*Designation: Government - Federal*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/20/2012 | 97 | EXHIBITS RECEIVED by USA as to Sven Ehand. (bp ) (Entered: 07/20/2012) |
| 07/19/2012 | 96 | EXHIBIT WITHDRAWAL LETTER for USA as to Sven Ehand. Withdrawal of Exhibits due by 8/20/2012. (Attachments: # 1 Receipt for Exhibits) (bp ) (Entered: 07/19/2012) |
| 03/04/2011 | 95 | MANDATE of USCA as to Sven Ehand (Entered: 03/04/2011) |
| 02/22/2011 | 94 | OPINION/JUDGMENT of USCA - Affirming District Court - as to Sven Ehand re 72 Notice of Appeal - Final Judgment Mandate to issue in 14 Days (Attachments: # 1 Appeal Judgment, # 2 Cover Letter) (gk, ) (Entered: 02/22/2011) |
| 09/20/2010 | 90 | ** FILED IN WRONG COURT * * NOTICE OF ATTORNEY APPEARANCE: Rachel C. Bailie Antonuccio appearing for Sven Ehand, Marko Hein (Antonuccio, Rachel) Attorney Notified to file with 8th Circuit Court. (gk, ) (Entered: 09/20/2010) |
| 08/19/2010 | 87 | Documents Sent to 8th Circuit re 72 Notice of Appeal - Final Judgment : Paper copies of transcripts #s 84,85,86. (not to be returned) (gk, ) (Entered: 08/19/2010) |
| 08/18/2010 | 86 | TRANSCRIPT of Proceedings as to Sven Ehand re 10 Detention Hearing/Preliminary Hearing held on October 5, 2010 before Judge Thomas J Shields. Page Nos: 7. Court Reporter Kara Sullivan; Telephone number 309-798-5198. Transcript may be viewed at court public terminal or purchased through Court Reporter before deadline for Release of Transcript Restriction. After that date it may be obtained through court reporter, Clerk's Office, or PACER. Redaction Request due 9/10/2010. Redacted Transcript Deadline set for 9/20/2010. Release of Transcript Restriction set for 11/18/2010. (rmj) (Entered: 08/18/2010) |
| 08/05/2010 | 85 | TRANSCRIPT of Proceedings as to Sven Ehand re 62 Sentencing, held on 5-13-10 before Judge Jarvey. Tape/Page No(s): 1-11. Court Reporter/Transcriber Linda Egbers, Telephone number 563-884-7737. Transcript may be viewed at court public terminal or purchased through Court Reporter/Transcriber before deadline for Release of Transcript Restriction. After that date it may be obtained through court reporter, Clerk's Office, or PACER. Redaction Request due |

| | | |
|---|---|---|
| | | 8/26/2010. Redacted Transcript Deadline set for 9/7/2010. Release of Transcript Restriction set for 11/4/2010. (Egbers, Linda) (Entered: 08/05/2010) |
| 08/05/2010 | 84 | TRANSCRIPT of Proceedings as to Sven Ehand re 30 Change of Plea Hearing, held on 12-14-09 before Judge Shields. Tape/Page No(s): 1-23. Court Reporter/Transcriber Linda Egbers, Telephone number 563-884-7737. Transcript may be viewed at court public terminal or purchased through Court Reporter/Transcriber before deadline for Release of Transcript Restriction. After that date it may be obtained through court reporter, Clerk's Office, or PACER. Redaction Request due 8/26/2010. Redacted Transcript Deadline set for 9/7/2010. Release of Transcript Restriction set for 11/4/2010. (Egbers, Linda) (Entered: 08/05/2010) |
| 07/01/2010 | 83 | ORDER CANCELLING HEARING as to Sven Ehand and Marko Hein. Signed by Judge John A. Jarvey on 7/1/2010. (mem) (Entered: 07/01/2010) |
| 07/01/2010 | 82 | STATUS REPORT *on Restitution* by USA as to Sven Ehand, Marko Hein (Westphal, Richard) (Entered: 07/01/2010) |
| 06/18/2010 | 80 | FINAL ORDER OF FORFEITURE granting 78 Motion for Forfeiture of Property as to Sven Ehand (1). Signed by Judge John A. Jarvey on 6/18/2010. (mem) (Entered: 06/18/2010) |
| 06/17/2010 | 78 | Final MOTION for Forfeiture of Property by USA as to Sven Ehand. Responses due by 7/6/2010 (Attachments: # 1 Text of Proposed Order)(McGuire, Maureen) (Entered: 06/17/2010) |
| 06/11/2010 | 77 | Certified and Designated Record on Appeal as to Sven Ehand to US Court of Appeals re 72 Notice of Appeal - Final Judgment Date Sent to 8th Circuit: 6/11/10 (Attachments: # 1 Transmittal) (gk, ) (Entered: 06/11/2010) |
| 06/09/2010 | 76 | USCA Scheduling Order as to 72 Notice of Appeal - Final Judgment filed by Sven Ehand. Appeal Record due by 6/10/2010. (gk, ) (Entered: 06/09/2010) |
| 06/09/2010 | 75 | USCA Case Number as to Sven Ehand Case Appealed to 8th Circuit Case Number 10-2208 for 72 Notice of Appeal - Final Judgment filed by Sven Ehand. (gk, ) (Entered: 06/09/2010) |
| 05/28/2010 | 74 | NOTIFICATION OF APPEAL and NOA Supplement by District Court Clerk to USCA as to Sven Ehand re 72 Notice of Appeal - Final Judgment filed on 5/21/2010 (gk, ) (Entered: 05/28/2010) |
| 05/21/2010 | 73 | TEXT ONLY ORDER granting 71 Motion for Leave to Appeal In Forma Pauperis as to Sven Ehand (1). Signed by Judge John A. Jarvey on 5/21/2010. (mem) (Entered: 05/21/2010) |
| 05/21/2010 | 72 | PRO SE NOTICE OF APPEAL by Sven Ehand. (bp ) (Entered: 05/21/2010) |
| 05/21/2010 | 71 | PRO SE MOTION for Leave to Appeal In Forma Pauperis by Sven Ehand. (bp ) (Entered: 05/21/2010) |
| 05/13/2010 | 65 | Sealed Judgment as to Sven Ehand a/k/a/ Mika Jakonen (kmw) (Entered: 05/13/2010) |
| 05/13/2010 | 64 | |

| | | |
|---|---|---|
| | | JUDGMENT IN A CRIMINAL CASE as to Sven Ehand (1), Count 1, Superseded. Count 1s, Defendant is sentenced to the custody of the Federal Bureau of Prisons for a term of 12 months and one day; Supervised Release of 3 years; and a Special Assessment to the Crime Victims Fund of $100. Count 2s, Defendant forfeits items named in Indictment. Exhibits Withdrawal Letter due by 7/12/2010.Signed by Judge John A. Jarvey on 5/13/2010. (kmw) (Entered: 05/13/2010) |
| 05/13/2010 | 63 | EXHIBIT LIST as to Sven Ehand. in re 62 Sentencing. Exhibits located at Clerk's Office, Davenport, Iowa. (kmw) (Entered: 05/13/2010) |
| 05/13/2010 | 62 | Minute Entry for proceedings held before Judge John A. Jarvey:Sentencing held on 5/13/2010 for Sven Ehand (1), Count 1, Superseded. Count 1s, Defendant is sentenced to the custody of the Federal Bureau of Prisons for a term of 12 months and one day; Supervised Release of 3 years; and a Special Assessment to the Crime Victims Fund of $100. Count 2s, Defendant forfeits items named in Indictment. (Court Reporter Linda Egbers.) (kmw) (Entered: 05/13/2010) |
| 05/13/2010 | 61 | TEXT ONLY ORDER SETTING HEARING as to Sven Ehand. An evidentiary hearing regarding the issue of restitution is set for 7/2/2010 at 10:00 AM in Room 242, 2nd Floor, Davenport, before Judge John A. Jarvey. Signed by Judge John A. Jarvey on 5/13/2010. (mem) (Entered: 05/13/2010) |
| 05/11/2010 | 60 | SENTENCING MEMORANDUM/BRIEF by USA as to Sven Ehand, Marko Hein (Westphal, Richard) (Entered: 05/11/2010) |
| 05/10/2010 | 59 | FINAL PRESENTENCE INVESTIGATION REPORT (Sealed) as to Sven Ehand (Attachments: # 1 Final PSR Cover Defense, # 2 Final PSR Cover Government)(Christensen, Pat) (Entered: 05/10/2010) |
| 03/22/2010 | 55 | NOTICE *Declaration of Publication* as to Sven Ehand, Marko Hein re 44 Order on Motion for Forfeiture of Property, 35 Order on Motion for Forfeiture of Property (Attachments: # 1 Exhibit Publication/Advertisement Report (Ehand), # 2 Exhibit Publication/Advertisement Report (Hein))(McGuire, Maureen) (Entered: 03/22/2010) |
| 03/15/2010 | 54 | TEXT Minute Entry for proceedings held before Magistrate Judge Thomas J. Shields:Status Conference as to Sven Ehand held on 3/15/2010. Present were S Hanna, R Westphal, and K Tady. Sentencing remains on the calendar for 5/13/10, at 10:00. [8:45] (Court Reporter None.) (rmj) (Entered: 03/15/2010) |
| 03/05/2010 | 53 | TEXT ONLY ORDER granting 52 Motion to Continue Sentencing as to Sven Ehand (1). Sentencing RESET for 5/13/2010 at 10:00 AM in Room 120, 1st Floor, Davenport, before Judge John A. Jarvey. Signed by Judge John A. Jarvey on 3/5/2010. (mem) (Entered: 03/05/2010) |
| 03/05/2010 | 52 | Unresisted MOTION to Continue by Sven Ehand as to Sven Ehand, Marko Hein. Motions referred to Thomas J. Shields. Responses due by 3/22/2010 (Hanna, Steven) (Entered: 03/05/2010) |
| 03/03/2010 | 51 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT (SEALED) 47 as to Marko Hein. (Treimer, David) Modified on 3/3/2010 to remove reference to co-defendant (dmh). (Entered: 03/03/2010) |

Case 2:21-mj-00333-SCD   Filed 02/22/21   Page 5 of 9   Document 1

https://ecf.iasd.uscourts.gov/cgi-bin/DktRpt.pl?903517228928547-L_1_0-1   2/22/2021

| | | |
|---|---|---|
| 02/16/2010 | 49 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT (SEALED) 46 as to Sven Ehand, Marko Hein. (Westphal, Richard) (Entered: 02/16/2010) |
| 02/16/2010 | 48 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT (SEALED) 46 as to Sven Ehand, Marko Hein. (Hanna, Steven) (Entered: 02/16/2010) |
| 02/02/2010 | 46 | PRESENTENCE INVESTIGATION REPORT DRAFT (Sealed) as to Sven Ehand (Attachments: # 1 DEFENSE first letters, # 2 GOVT first letters)(White, Patty) (Entered: 02/02/2010) |
| 12/31/2009 | 37 | ORDER Adopting 32 Report and Recommendation to Accept Plea of Guilty to Count 1 of Superseding Indictment as to Sven Ehand (1). Signed by Judge John A. Jarvey on 12/31/2009. (mem) (Entered: 12/31/2009) |
| 12/30/2009 | 36 | TEXT ORDER SETTING CHANGE OF PLEA PROCEEDING as to Marko Hein: Change of Plea Hearing set for 1/12/2010 at 2:30 PM at the Davenport Courthouse before Magistrate Judge Thomas J. Shields. Signed by Magistrate Judge Thomas J. Shields on 12/30/2009. (dam) (Entered: 12/30/2009) |
| 12/16/2009 | 35 | PRELIMINARY ORDER OF FORFEITURE granting 34 Motion for Forfeiture of Property as to Sven Ehand (1). Signed by Judge John A. Jarvey on 12/16/2009. (mem) (Entered: 12/16/2009) |
| 12/15/2009 | 34 | First MOTION for Forfeiture of Property *Preliminary Motion* by USA as to Sven Ehand, Marko Hein. Responses due by 12/22/2009 (Westphal, Richard) (Entered: 12/15/2009) |
| 12/14/2009 | 33 | ORDER for status conference, sentencing deadlines, and sentencing date as to Sven Ehand. Signed by Magistrate Judge Thomas J. Shields on 12/14/2009. (rmj) (Entered: 12/14/2009) |
| 12/14/2009 | 32 | REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY as to Sven Ehand by Magistrate Judge Thomas J. Shields. Objections to R&R due by 12/28/2009. Signed by Magistrate Judge Thomas J. Shields on 12/14/2009. (rmj) (Entered: 12/14/2009) |
| 12/14/2009 | 31 | NOTICE AND CONSENT RE ENTRY OF PLEA OF GUILTY by Sven Ehand. (rmj) (Entered: 12/14/2009) |
| 12/14/2009 | 30 | Minute Entry for proceedings held before Magistrate Judge Thomas J. Shields:Change of Plea Hearing as to Sven Ehand held on 12/14/2009. Sentencing set for 4/16/2010 09:30 AM in Davenport - Room 120 - 1st Floor before Judge John A. Jarvey. Status Conference set for 3/15/2010 08:30 AM in Davenport - Room 140 - 1st Floor before Magistrate Judge Thomas J. Shields. (Court Reporter Linda Egbers.) (rmj) (Entered: 12/14/2009) |
| 12/04/2009 | | Set Hearing as to Sven Ehand: Change of Plea Hearing set for 12/14/2009 at 10:30 AM in Davenport - Room 140 - 1st Floor before Magistrate Judge Thomas J. Shields. (dmh) (Entered: 12/04/2009) |
| 12/04/2009 | 25 | Minute Entry for proceedings held before Magistrate Judge Thomas J. Shields. Arraignment as to Sven Ehand (1) on Counts 1s and 2s of Superseding Indictment held on 12/4/2009. Appearance of Steven W Hanna for Sven Ehand. (Court Reporter FTR Gold-140) (dmh) (Entered: 12/04/2009) |

| | | |
|---|---|---|
| 11/18/2009 | 22 | TEXT Minute Entry for proceedings held before Magistrate Judge Thomas J. Shields. Grand Jury Presentment as to Sven Ehand and Marko Hein held on 11/18/2009. Richard D. Westphal present for Government. Not Secret. Notice to issue. Government requested detention. * * * * ARRAIGNMENT SET FOR 12/4/2009 AT 10:30 AM in Davenport - Room 140 - 1st Floor before Magistrate Judge Thomas J. Shields. * * * * [6:01-6:06pm] (Court Reporter None) (bp/dmh) (Entered: 11/19/2009) |
| 11/18/2009 | 21 | REDACTED SUPERSEDING INDICTMENT filed by USA as to Sven Ehand and Marko Hein. (dmh) (Entered: 11/19/2009) |
| 11/18/2009 | 20 | SEALED SUPERSEDING INDICTMENT as to Sven Ehand (1) on Counts 1s and 2s and Marko Hein (2) on Counts 1 and 2. (dmh) (Entered: 11/19/2009) |
| 10/26/2009 | 19 | TEXT ORDER SETTING TRIAL as to Sven Ehand. Jury Trial set for 1/4/2010 09:00 AM in Davenport - Room 120 - 1st Floor before Judge John A. Jarvey. Discovery due by 11/6/2009. Reciprocal Discovery due by 11/16/2009. Motions due by 12/10/2009. Pretrial Conference set for 12/14/2009 09:00 AM in Davenport - Room 140 - 1st Floor before Magistrate Judge Thomas J. Shields. Signed by Magistrate Judge Thomas J. Shields on 10/26/09. (bp ) (Entered: 10/26/2009) |
| 10/26/2009 | 18 | Minute Entry for proceedings held before Magistrate Judge Thomas J. Shields: Arraignment as to Sven Ehand on Count 1 held on 10/26/2009. (Court Reporter FTR Gold.) (bp ) (Entered: 10/26/2009) |
| 10/19/2009 | 17 | ORDER FOR APPOINTMENT OF COUNSEL for initial appearance only as to Sven Ehand. Signed by Magistrate Judge Thomas J. Shields on 10/16/09. (bp ) (Entered: 10/19/2009) |
| 10/15/2009 | 16 | Text Minute Entry for proceedings held before Judge John A. Jarvey: Grand Jury Presentment as to Sven Ehand held on 10/15/2009. Not Secret, Notice to issue, Gov't requested detention. Government present by AUSA Donald Allegro. ***Arraignment set for 10/26/2009 02:00 PM in Davenport - Room 140 - 1st Floor before Magistrate Judge Thomas J. Shields.***(Court Reporter None.) (Time: 4:00pm-4:02pm) (bp/rj ) (Entered: 10/16/2009) |
| 10/15/2009 | 15 | REDACTED INDICTMENT by USA as to Sven Ehand. (bp ) (Entered: 10/16/2009) |
| 10/15/2009 | | Case unsealed as to Sven Ehand. (bp ) (Entered: 10/16/2009) |
| 10/15/2009 | 14 | SEALED INDICTMENT as to Sven Ehand on count 1. (bp ) (Entered: 10/16/2009) |
| 10/05/2009 | 12 | ORDER granting 4 Motion for Detention as to Sven Ehand. Signed by Magistrate Judge Thomas J. Shields on 10/5/2009. (rmj) [3:09-mj-00066-TJS] (Entered: 10/05/2009) |
| 10/05/2009 | 11 | Minute Entry for proceedings held before Magistrate Judge Thomas J. Shields:Preliminary Examination as to Sven Ehand held on 10/5/2009. (Court Reporter Kara Sullivan.) (rmj) [3:09-mj-00066-TJS] (Entered: 10/05/2009) |
| 10/05/2009 | 10 | |

| | | |
|---|---|---|
| | | Minute Entry for proceedings held before Magistrate Judge Thomas J. Shields:Detention Hearing as to Sven Ehand held on 10/5/2009. (Court Reporter Kara Sullivan.) (rmj) [3:09-mj-00066-TJS] (Entered: 10/05/2009) |
| 10/01/2009 | 9 | TEXT ORDER granting 7 Motion to Withdraw as Attorney. Terence L McAtee withdrawn from case as to Sven Ehand. Clerk of Court to appoint new counsel. Signed by Magistrate Judge Thomas J. Shields on 10/1/2009. (dam) [3:09-mj-00066-TJS] (Entered: 10/01/2009) |
| 09/30/2009 | 8 | Warrant of Arrest Returned Executed on 9/29/09 in case as to Sven Ehand. (rmj) [3:09-mj-00066-TJS] (Entered: 10/01/2009) |
| 09/30/2009 | 7 | MOTION for Withdrawal of Attorney by Sven Ehand. (McAtee, Terence) [3:09-mj-00066-TJS] (Entered: 09/30/2009) |
| 09/30/2009 | 6 | NOTICE OF ATTORNEY APPEARANCE: Steven W Hanna appearing for Sven Ehand (Hanna, Steven) [3:09-mj-00066-TJS] (Entered: 09/30/2009) |
| 09/30/2009 | 5 | TEMPORARY ORDER OF DETENTION as to Sven Ehand. Detention Hearing set for 10/5/2009 09:30 AM in Davenport - Room 140 - 1st Floor before Magistrate Judge Thomas J. Shields. Signed by Magistrate Judge Thomas J. Shields on 09/30/09. (bp ) [3:09-mj-00066-TJS] (Entered: 09/30/2009) |
| 09/30/2009 | | Arrest of Sven Ehand. (bp ) [3:09-mj-00066-TJS] (Entered: 09/30/2009) |
| 09/30/2009 | 4 | ORAL MOTION for Detention by USA as to Sven Ehand. (bp ) [3:09-mj-00066-TJS] (Entered: 09/30/2009) |
| 09/30/2009 | 3 | Minute Entry for proceedings held before Magistrate Judge Thomas J. Shields: Initial Appearance as to Defendant Sven Ehand held on 9/30/2009. Attorney Terence McAtee for defendant. Preliminary Examination set for 10/5/2009 09:30 AM in Davenport - Room 140 - 1st Floor before Magistrate Judge Thomas J. Shields. (Court Reporter FTR Gold.) (bp ) [3:09-mj-00066-TJS] (Entered: 09/30/2009) |
| 09/30/2009 | | Case unsealed as to Sven Ehand. (bp ) [3:09-mj-00066-TJS] (Entered: 09/30/2009) |
| 09/29/2009 | 1 | COMPLAINT by USA as to Sven Ehand signed by Magistrate Judge Thomas J. Shields. (dmh) [3:09-mj-00066-TJS] (Entered: 09/29/2009) |
| 09/29/2009 | | Judge update in case as to Sven Ehand. Magistrate Judge Thomas J. Shields added. (dmh) [3:09-mj-00066-TJS] (Entered: 09/29/2009) |

**PACER Service Center**

**Transaction Receipt**

02/22/2021 14:54:18

| **PACER Login:** | ud17296147:4266794:0 | **Client Code:** | ud17296147 |
|---|---|---|---|
| **Description:** | Docket Report | **Search Criteria:** | 3:09-cr-00105-JAJ-TJS Start date: |

|  |  |  | 1/1/1980 End date: 2/22/2021 |
|---|---|---|---|
| **Billable Pages:** | 6 | **Cost:** | 0.60 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**